UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERCED IRRIGATION DISTRICT, on behalf of itself and all others similarly situated,<br>        Plaintiff,<br>  v.<br>BARCLAYS BANK PLC,<br>        Defendant. | No. 1:15-cv-04878-VM-GWG |

**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, CERTIFICATION OF A SETTLEMENT CLASS, AUTHORIZATION TO DISSEMINATE CLASS NOTICE, APPOINTMENT OF CLASS COUNSEL, AND THE SCHEDULING OF A HEARING FOR <u>FINAL APPROVAL OF PROPOSED SETTLEMENT</u>**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum in Support of Preliminary Approval of Proposed Settlement, Certification of a Settlement Class, Authorization to Disseminate Class Notice, Appointment of Class Counsel, and the Scheduling of a Hearing for Final Approval of Proposed Settlement; the Joint Declaration of Solomon B. Cera and Jeffrey A. Klafter and the exhibits thereto; and upon all prior papers and proceedings herein as well as such further argument as the Court may allow at any hearing on the motion, Plaintiff Merced Irrigation District hereby moves this Court for entry of the Preliminary Approval Order submitted herewith, pursuant to Rules 23(a), 23(b)(3), 23(e), and 23(g) of the Federal Rules of Civil Procedure, that: (i) preliminarily approves the proposed settlement of this class action; (ii) certifies the Settlement Class; (iii) authorizes dissemination of the Notice of Proposed Class Action Settlement with Barclays Bank PLC and Hearing on Settlement Approval; (v) appoints Cera LLP and Klafter Olsen & Lesser LLP as class counsel; and (vi) schedules a hearing for

1

final approval of Settlement.  Defendant consents to this motion and entry of the Preliminary Approval Order submitted herewith.

Dated:  April 13, 2018

Respectfully submitted,

| | |
|---|---|
| */s/* Jeffrey A. Klafter | */s/* Solomon B. Cera |
| Jeffrey A. Klafter | Solomon B. Cera |
| Michael H. Reed | Pamela A. Markert |
| **KLAFTER OLSEN & LESSER LLP** | Louis A. Kessler |
| 2 International Drive, Suite 350 | **CERA LLP** |
| Rye Brook, NY 10573 | 595 Market Street, Suite 2300 |
| Telephone: (914) 934-9200 | San Francisco, CA 94105 |
| | Telephone: (415) 777-2230 |

C. Andrew Dirksen
**CERA LLP**
800 Boylston St., 16th Floor
Boston, MA 02199
Telephone: (857) 453-6555

*Attorneys for Plaintiff and the Proposed Class*

| | |
|---|---|
| Daniel Sponseller | Eric Christensen |
| **LAW OFFICE OF DANIEL J. SPONSELLER** | **CAIRNCROSS & HEMPELMAN** |
| 409 Broad Street, Suite 200 | 524 Second Ave., Suite 500 |
| Sewickley, PA 15143 | Seattle, WA 98104-2323 |
| Telephone: (412) 741-4422 | Telephone: (206) 254-4451 |

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2018, a true and correct copy of the foregoing was served electronically. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties shown on the electronic filing receipt.

/s/ Solomon B. Cera
Solomon B. Cera
