UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
MERCED IRRIGATION DISTRICT, on  :
behalf of itself and all others similarly :
situated,                       :
                                                   :    No. 1:15-cv-04878-VM-GWG
                 Plaintiff, :
      v.                        :
                                                   :
BARCLAYS BANK PLC,              :
                                                   :
                 Defendant. :
------------------------------- x

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL
OF SETTLEMENT, CERTIFICATION OF A SETTLEMENT
<u>CLASS, AND APPROVAL OF THE PLAN OF ALLOCATION</u>**

  Plaintiff Merced Irrigation District hereby moves for an Order granting final approval of the settlement with Defendant Barclays Bank PLC ("Barclays"). Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff respectfully requests that the Court enter an Order finally approving the settlement agreement, confirming its preliminary certification of the Settlement Class, approving the Plan of Allocation and granting such other and further relief as may be appropriate.

  This motion is supported by the Settlement Agreement; Plaintiff's Memorandum in Support of Unopposed Motion for Final Approval of Settlement, Certification of a Settlement Class, and Approval of the Plan of Allocation; the Joint Declaration of Solomon B. Cera and Jeffrey A. Klafter in Support of Plaintiff's Motion for Final Approval of Class Action Settlement and Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and For an Incentive Award to the Named Plaintiff, and all exhibits attached thereto; the Declaration of Marc Wall Regarding Dissemination of Notice to Settlement Class Members and Requests for Exclusion,

1

and all exhibits attached thereto; all pleadings filed in this case; and such additional evidence or argument as may be presented to the Court.

Dated: August 15, 2018                                          Respectfully submitted,

_____                        _____
Jeffrey A. Klafter                                                          Solomon B. Cera
Michael H. Reed                                                         Pamela A. Markert
**KLAFTER OLSEN & LESSER LLP**                     **CERA LLP**
2 International Drive, Suite 350                               595 Market Street, Suite 2300
Rye Brook, NY 10573                                              San Francisco, CA 94105
Telephone: (914) 934-9200                                     Telephone: (415) 777-2230

                                                                              C. Andrew Dirksen
                                                                              **CERA LLP**
                                                                              800 Boylston St., 16th Floor
                                                                              Boston, MA 02199
                                                                              Telephone: (857) 453-6555

*Settlement Class Counsel*

Daniel Sponseller                                                      Eric Christensen
**LAW OFFICE OF DANIEL J.**                              **CAIRNCROSS & HEMPELMANN, PS**
**SPONSELLER**                                                     524 Second Ave., Suite 500
409 Broad Street, Suite 200                                    Seattle, WA 98104-2323
Sewickley, PA 15143                                                Telephone: (206) 254-4451
Telephone: (412) 741-4422

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2018, I caused a true and correct copy of the foregoing instrument to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above captioned matter.

_____
Solomon B. Cera