UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MERCED IRRIGATION DISTRICT, on
behalf of itself and all others similarly
situated,

                                     **Plaintiff,**

        v.

BARCLAYS BANK PLC,

                                  **Defendant.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**No. 1:15-cv-04878-VM-GWG**

### PLAINTIFF'S COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND FOR AN INCENTIVE AWARD TO THE NAMED PLAINTIFF

Plaintiff's Counsel Cera LLP, Klafter Olsen & Lesser LLP, the Law Office of Daniel J. Sponseller, and Cairncross & Hempelmann, PS hereby move this Court for an award for attorneys' fees, reimbursement of expenses, and an incentive award to the named plaintiff.

This motion is supported by the Settlement Agreement; Plaintiff's Memorandum in Support of Unopposed Motion for Final Approval of Settlement, Certification of a Settlement Class, and Approval of the Plan of Allocation; the Joint Declaration of Solomon B. Cera and Jeffrey A. Klafter in Support of Plaintiff's Motion for Final Approval of Class Action Settlement and Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and For an Incentive Award to the Named Plaintiff, and all exhibits attached thereto; the Declaration of Juan Sandoval in Support of Incentive Award to Named Plaintiff Merced Irrigation District; all pleadings filed in this case; and such additional evidence or argument as may be presented to the Court.

Dated: August 15, 2018                              Respectfully submitted,


_____                     _____
Jeffrey A. Klafter                                  Solomon B. Cera
Michael H. Reed                                     Pamela A. Markert
**KLAFTER OLSEN & LESSER LLP**                      **CERA LLP**
2 International Drive, Suite 350                     595 Market Street, Suite 2300
Rye Brook, NY 10573                                 San Francisco, CA 94105
Telephone: (914) 934-9200                           Telephone: (415) 777-2230

                                                    C. Andrew Dirksen
                                                    **CERA LLP**
                                                    800 Boylston St., 16th Floor
                                                    Boston, MA 02199
                                                    Telephone: (857) 453-6555

*Settlement Class Counsel*

Daniel Sponseller                                   Eric Christensen
**LAW OFFICE OF DANIEL J.**                         **CAIRNCROSS & HEMPELMANN, PS**
**SPONSELLER**                                      524 Second Ave., Suite 500
409 Broad Street, Suite 200                         Seattle, WA 98104-2323
Sewickley, PA 15143                                 Telephone: (206) 254-4451
Telephone: (412) 741-4422


*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2018, I caused a true and correct copy of the foregoing instrument to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above captioned matter.

_____
Solomon B. Cera