UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MERCED IRRIGATION DISTRICT, on behalf of itself and all others similarly situated,

                  Plaintiff,

v.

BARCLAYS BANK PLC,

                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 1:15-cv-04878-VM-GWG

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF:
(A) PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT, CERTIFICATION OF A SETTLEMENT CLASS, AND APPROVAL OF THE PLAN OF ALLOCATION; AND (B) PLAINTIFF'S COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND FOR <u>AN INCENTIVE AWARD TO THE NAMED PLAINTIFF</u>**

Plaintiff Merced Irrigation District ("Plaintiff"), on behalf of itself and the Settlement Class, respectfully submits this supplemental memorandum in support of: (i) Plaintiff's Motion for Final Approval of the Proposed Settlement, Certification of a Settlement Class and Approval of the Plan of Allocation; and (ii) Plaintiff's Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and for an Incentive Award to the Named Plaintiff.

Plaintiff is pleased to advise the Court that no objections have been submitted to the Settlement, Plan of Allocation, or the motion for an award of attorneys' fees, reimbursement of expenses, claims administration costs and expenses, and incentive award.  Further, no Settlement Class Member has requested exclusion from the Settlement Class.  The fact that there are no objections or requests for exclusion are a strong indication that the Settlement is fair and in the best interests of the Settlement Class, that Plaintiff's Counsels' fee and expense request are reasonable, and that the incentive award to Plaintiff is appropriate.

1

The deadline for objecting to the Settlement, the Plan of Allocation, and the motion for fees, expenses and incentive award was August 25, 2018. As noted, no objection has been received and no Settlement Class Member has notified counsel of an intention to appear at the Final Approval Hearing.

Accordingly, for the reasons stated herein and in Plaintiff's prior submissions on these issues, Plaintiff respectfully requests that the Court: finally approve the proposed Settlement and Plan of Allocation as fair, reasonable and adequate; approve Plaintiff's Counsel's motion for attorneys' fees and reimbursement of expenses; approve Plaintiff's Counsel's request to pay KCC Class Action Services, LLC for the costs and expenses of claims administration to date, and to set aside a reserve therefor; and to approve an incentive award to Plaintiff.

Filed concurrently with this supplemental memorandum is a stipulated proposed Final Order and Judgment, the form of which has been agreed to by the parties.

Dated: September 7, 2018                          Respectfully submitted,

*(signed)* Jeffrey Klafter

Jeffrey A. Klafter
Michael H. Reed
**KLAFTER OLSEN & LESSER LLP**
2 International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200

*(signed)* Solomon B. Cera

Solomon B. Cera
Pamela A. Markert
**CERA LLP**
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 777-2230

C. Andrew Dirksen
**CERA LLP**
800 Boylston St., 16th Floor
Boston, MA 02199
Telephone: (857) 453-6555

*Settlement Class Counsel*

| | |
|---|---|
| Daniel Sponseller<br>**LAW OFFICE OF DANIEL J. SPONSELLER**<br>409 Broad Street, Suite 200<br>Sewickley, PA 15143<br>Telephone: (412) 741-4422 | Eric Christensen<br>**CAIRNCROSS & HEMPELMANN, PS**<br>524 Second Ave., Suite 500<br>Seattle, WA 98104-2323<br>Telephone: (206) 254-4451 |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2018, I caused a true and correct copy of the foregoing instrument to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above captioned matter.

_____
Solomon B. Cera